UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY KPAKPOE-AWEI, on behalf of himself and others similarly situated,<br><br>          Plaintiff,<br><br>          -against-<br><br>STORCK USA, L.P.,<br><br>          Defendant. | Case No. 7:18-CV-01086-VB |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that on Friday, June 1, 2018, Plaintiff Jeffrey Kpakpoe-Awei ("Plaintiff") and Defendant Storck USA, L.P. ("Defendant") (collectively the "Parties") entered into a Confidential Settlement Agreement and Release of Claims (the "Settlement Agreement") concerning the allegations asserted in this lawsuit.  As a result, the claims asserted in this action have been resolved.  Pursuant to the Parties' Settlement Agreement, Plaintiff will file a Dismissal with Prejudice of this action within 30 days of execution of their agreement, or by no later than July 1, 2018.  Accordingly, Defendant will not be filing a response to the Complaint on June 7, 2018 as previously ordered by this Court.

Dated: San Francisco, CA
       June 7, 2018

Respectfully submitted,

**BAKER & McKENZIE LLP**
Teresa H. Michaud (*Pro Hac Vice*)
Two Embarcadero Center, Suite 1100
San Francisco, CA  94111
teresa.michaud@bakermckenzie.com


By: /s/ Teresa H. Michaud
    Teresa H. Michaud (Admitted *Pro Hac Vice)*
    Attorneys for Defendant
    STORCK USA, L.P.


Dated: New York, NY
       June 7, 2018

**LEE LITIGATION GROUP PLLC**
C.K. Lee
30 East 39th Street, 2nd Floor
New York, NY  10016
cklee@leelitigation.com


By: /s/ C.K. Lee
    C.K. Lee
    Attorneys for Plaintiff
    JEFFREY KPAKPOE-AWEI

## ATTESTATION OF FILER

    I, Teresa H. Michaud, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                      /s/ Teresa H. Michaud
                      Teresa H. Michaud

**CERTIFICATE OF SERVICE**

      I certify that on June 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants in this case who are registered CM/ECF users.  I further certify that all participants to this case are registered with the CM/ECF system, and therefore no participant need be served by conventional methods.

      /s/ Teresa H. Michaud
      Teresa H. Michaud (Admitted *Pro Hac Vice)*