```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-8-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JEFFREY KPAKPOE-AWEI, on behalf of  :
himself and others similarly situated,       :     **ORDER OF DISMISSAL**
              Plaintiff,                      :
                                                  :     18 CV 1086 (VB)
v.                                                                 :
                                                  :
STORCK USA, L.P.,                              :
             Defendant.             :
--------------------------------------------------------------x

      The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than July 9, 2018. To be clear, any application to restore the action must be filed by July 9, 2018, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to close this case.

Dated: June 8, 2018
       White Plains, NY

                                                 SO ORDERED:

                                                 _____
                                                 Vincent L. Briccetti
                                                 United States District Judge